UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **EDDIE DE LA CRUZ,** | ) Case No. CV 09-1004-JST(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| **FRANCISCO JACQUEZ, Warden,** | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: June 28, 2013

<u>　JOSEPHINE STATON TUCKER　</u>
Josephine S. Tucker
United States District Judge